217 So.2d 410

**Raymond Robert AVERY, Individually and for and on behalf of his minor son, Robert Wade Avery**

v.

**Norvel SCOTT et al.**

No. 49593.

Jan. 20, 1969.

In re: Norvel Scott et al. applying for certiorari, or writ of review, to the Court of Appeal, Second Circuit, Parish of Caddo. 216 So.2d 111.

Writ refused. On the facts found by the Court of Appeal we find no error of law in its judgment.

217 So.2d 410

**Marion W. FINUFF**

v.

**Edward E. JOHNSON.**

No. 49599.

Jan. 20, 1969.

In re: Marion W. Finuff applying for certiorari, or writ of review, to the Court

of Appeal, Second Circuit, Parish of Bossier. 216 So.2d 151.

Writs refused. The judgment complained of is not final.

217 So.2d 410

**Raymond Robert AVERY, Individually and for and on Behalf of his Minor Son, Robert Wade Avery**

v.

**Norvel SCOTT et al.**

No. 49605.

Jan. 20, 1969.

In re: Raymond Robert Avery, individually and for and on behalf of his minor son, Robert Wade Avery, applying for certiorari, or writ of review, to the Court of Appeal, Second Circuit, Parish of Caddo. 216 So.2d 111.

Writ refused. On the facts found by the Court of Appeal we find no error of law in its judgment.